UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | | |
|---|---|---|
| THOMAS J. COLLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 3:10-cv-00090-LRH-WGC |
| | ) | |
| v. | ) | |
| | ) | O R D E R |
| HOWARD SKOLNIK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge William G. Cobb (#39[1]) entered on January 26, 2012, recommending granting in part and denying in part Defendants' Motion for Summary Judgment (#29) filed on August 22, 2011. No objection to the Report and Recommendation has been filed. The action was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#39) entered on January 26, 2012, should be adopted and accepted.

---

[1] Refers to court's docket number.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#39) entered on January 26, 2012, is adopted and accepted, and Defendant's Motion for Summary Judgment (#29) is GRANTED in part and DENIED in part as follows:

    (1) Summary Judgment is GRANTED as to:

        (a) Plaintiff's RLUIPA claim related to clergy visits;

        (b) All claims asserted against Defendant Skolnik; and

        (c) Plaintiff's official capacity damage claims;

    (2) Summary judgment is DENIED as to:

        (a) Plaintiff's First Amendment claim related to clergy visits;

        (b) Plaintiff's First Amendment claim related to full immersion baptism;

        (c) Plaintiff's RLUIPA claim related to full immersion baptism;

        (d) Plaintiff's First Amendment claim related to the failure to recognized his faith group; and

        (e) Plaintiff's RLUIPA claim related to the failure to recognize his faith group.

IT IS SO ORDERED.

DATED this 6th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE