UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| THOMAS J. COLLMAN, | CASE NO. 3:10-CV-00090-LRH-WGC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATED: MAY 25, 2012 |
| HOWARD SKOLNIK, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE

Deputy Clerk: KATIE LYNN OGDEN        Reporter: FTR: 11:02:15 a.m. -11:12:01 a.m.

Counsel for Plaintiff(s): THOMAS J. COLLMAN, In Pro Per (telephonically)

Counsel for Defendant(s): JEFFREY PAUL HOPPE

PROCEEDINGS: **MOTION HEARING**

11:02 a.m. Court convenes.

The record reflects that Jeffrey Hoppe is appearing on behalf of Kaitlyn Miller.

The Court is in receipt of Plaintiff's Motion for Stay to allow settlement conference to proceed (Dkt. No. 48). Mr. Hoppe advises the Court that there are no objections to the motion for stay.

The Court is in agreement with Mr. Collman and Mr. Hoppe that the first approach for settlement will be taken by an ombudsman to resolve the matters of this case. However, should settlement not be reached by the approach of an ombudsman, Ms. Miller is to contact Courtroom Administrator, Katie Lynn Ogden at (775) 686-5758, to schedule a settlement conference before this Court.

Although Plaintiff's Motion for Stay is granted, the Court will not stay the case indefinitely. This case shall be stayed for ninety (90) days from the date of this hearing for the purpose of settlement negotiations. The Court asks for the Attorney General's Office to file a status report regarding the status of settlement no later than ninety (90) days from today's date.

Minutes of Proceedings
3:10-cv-00090-LRH-WGC
May 25, 2012
Page 2

Good cause appearing, the Court finds as follows:

    **1.**    **Plaintiff's Motion for Stay (Dkt. No. 48)**

    Plaintiff's Motion for Stay is **GRANTED**.  The Court will grant the stay of this case for ninety (90) days for the purpose of settlement negotiations to take place before an ombudsman.

    The Attorney General's Office is directed to file a status report regarding the status of settlement no later than **Thursday, August 23, 2012.**

11:12 a.m.  Court adjourns.

                                  LANCE S. WILSON, CLERK

                                  By:_____/s/_____
                                        Katie Lynn Ogden, Deputy Clerk