1
2
3
4
5
6
7
8
9
10
11
12

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS J. COLLMAN, | Case No. 3:10-cv-0090-LRH-WGC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| HOWARD SKOLNIK, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Thomas J. Collman (*pro se*) and Defendants James Baca, Don Helling, William Donat, Howard Skolnik and Greg Smith by and through counsel, Catherine Cortez Masto, Attorney General of the State of Nevada, and Kaitlyn Miller, Deputy Attorney General, that the Civil Rights Complaint in the above-captioned matter be dismissed in its entirety, with prejudice.

This Stipulation is based upon an out-of-court settlement agreement reached by the

////

1

parties in this matter. Each party shall bear their own attorneys fees and costs.

Dated this 19th day of July, 2012.

By: /s/ Thomas J. Collman
THOMAS J. COLLMAN
*Plaintif in Pro se*

Dated this 19 day of July, 2012
CATHERINE CORTEZ MASTO
Attorney General

By: /s/ Kaitlyn Miller
KAITLYN MILLER
Deputy Attorney General
*Attorneys for Defendant*

IT IS SO ORDERED:

DATED this 3rd day of August, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE